IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TYMOTHY E. MOYER,          )
                                     )
      Plaintiff,            )
                                     )
      v.                  )   C.A. No. 26-436 (GBW)
UNIVERSITY OF DELAWARE, *et al.,*  )
                                     )
      Defendants.       )
                                     )

**<u>ORDER</u>**

At Wilmington, this 23rd day of April 2026, the Court having considered the application

to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 1), IT IS

HEREBY ORDERED that the application is **GRANTED**.

_____
The Honorable Gregory B. Williams
United States District Judge